BENNIE ANN SCRO v. CITY OF GARFIELD.

November 12, 1973. Petition for certification denied.

HOWARD B. DEXTER ASSOCIATES, INC. v.
ROSELYN V. CARTLAND.

November 12, 1973. Petition for certification denied.

LYONS FARMS TAVERN, INC. v. MUNICIPAL BOARD OF
ALCOHOLIC BEVERAGE CONTROL OF THE CITY OF
NEWARK.

November 12, 1973. Petition for certification granted.

ABRAHAM I. MAYER v. DYNAMIC COMPUTERS SYSTEM
CORP. AND DAVIS AND ROTH v. BAGHER ANSARI.

November 12, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. DOMINICK MAURO.

November 12, 1973. Petition for certification denied.

FORSCHEL, INC. v.
TOWNSHIP COUNCIL OF THE TOWNSHIP OF MONROE.

November 12, 1973. Petition for certification denied.